**JESSIE LUNDBERG**
Lundberg Law Office PLLC
415 N. Higgins Avenue
Missoula, Montana 59802
jessie@lundberglawyer.com
Telephone (406) 721-3000
Facsimile (406) 721-5912
Montana State Bar No. 9641
*Attorney for Plaintiff Kevin Thomas*

**ROBERT S. SOLA**
Robert S. Sola, P.C. *(pro hac vice)*
8835 S.W. Canyon Lane, Ste. 130
Portland, Oregon 97225
rssola@msn.com
Telephone (503) 295-6880
Facsimile (503) 291-9172
*Attorney for Plaintiff Kevin Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| KEVIN THOMAS,<br>　　　　Plaintiff,<br><br>　　　　v.<br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BLUESTEM BRANDS, INC., WEBBANK; META FINANCIAL GROUP, INC.; and MAIN STREET ACQUISITION CORP.,<br>　　　　Defendants. | CV-14-13-BU-SEH<br><br>**Acknowledgment and Acceptance of Admission** ***Pro Hac Vice*** |

I, Robert S. Sola, acknowledge this Court's Order dated April 14, 2014, granting my *pro hac vice* admission before this Court.  I affirm that I will do my own work, sign my own pleadings, motions, and briefs, and other documents served or filed by me, and appear and participate personally as co-lead counsel in this matter, in all proceedings before this Court.

DATE: April 28, 2014.

By: /s/ Robert S. Sola
Robert S. Sola *(pro hac vice)*
Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone:  (503) 295-6880
rssola@msn.com
*Attorney for Plaintiff Kevin Thomas*

By: /s/ Jessie Lundberg
Jessie Lundberg
Lundberg Law Office PLLC
415 N. Higgins Ave.
Missoula, MT 59802
Telephone:  (406) 721-3000
Jessie@lundberglawyer.com
*Attorney for Plaintiff Kevin Thomas*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2014, he or she provided a true and correct copy of the foregoing document to each opposing party in this matter, through its counsel named below, by filing it through CM/ECF.

Defendant Trans Union:

| | |
|---|---|
| Sara S. Berg | Scott E. Brady, Esq. |
| Daniel J. Auerbach | Schuckit & Associates, P.C. |
| Browning, Kaleczyk, Berry and Hoven, P.C. | *Co-Lead Counsel for Trans Union* |
| *Co-Lead Counsel for Trans Union* | |

Defendant Equifax:

Charles H. Carpenter
Carpenter Law Firm PLLC
210 N. Higgins Avenue Suite 336
Missoula, MT 59802
*Counsel for Defendant Equifax Information Services, LLC*

DATE: April 29, 2014.

By: /s/ Jessie Lundberg
Jessie Lundberg
Lundberg Law Office PLLC
415 N. Higgins Ave.
Missoula, MT 59802
Telephone: 406-721-3000
Jessie@lundberglawyer.com
*Attorney for Plaintiff Kevin Thomas*