Jessica T. Fehr
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Email: Jessica.Fehr@moultonbellingham.com

    Attorney for Defendants Bluestem Brands, Inc., WebBank, and Meta Financial Group, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

_____

| | |
|---|---|
| KEVIN THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BLUESTEM BRANDS, INC., WEBBANK; META FINANCIAL GROUP, INC.; AND MAIN STREET ACQUISITION CORP.,<br><br>    Defendants. | Case No. 2:14-cv-00013-SEH<br><br>**WEBBANK'S CORPORATE DISCLOSURE** |

_____

The nongovernmental entity WebBank in the above listed civil action hereby discloses that its parent corporation is Steel Partners Holdings, L.P. No publicly owned corporation owns ten percent or more of its stock.

Dated this 2nd day of May, 2014.

                                            MOULTON BELLINGHAM PC

                                            /s/ Jessica T. Fehr
                                            JESSICA T. FEHR
                                            Suite 1900, Crowne Plaza
                                            PO Box 2559
                                            Billings, MT 59103-2559
                                            Attorney for Defendant
                                            WebBank

4842-2845-4938, v. 1